**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 211 MAL 2019

                  Respondent   :

                              :   Petition for Allowance of Appeal from
                              :   the Order of the Superior Court

              v.                 :

                              :

PATRICK T. HUGHES,         :

                              :

              Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.